Part 7

## Other Party Liability

Certificate will be reduced by the amount that Medicare allows for the same *covered services*. (In some cases, this provision also applies to certain smaller groups. Your *plan sponsor* can tell you if it applies to your *group*.)

### Age 65 or Older

If your *group* employs 20 or more employees and if you are age 65 or older and eligible for Medicare only because of age, the coverage described in this Subscriber Certificate will be provided before Medicare benefits as long as you have chosen this *contract* as your primary payor. This can be the case only if you are an actively employed *subscriber* or the enrolled spouse of the actively employed *subscriber*.

**Note:** If you are actively employed at the time you reach age 65 and become eligible for Medicare, you must choose between Medicare and this *contract* as the primary payor of your health care benefits. For more help, contact your *plan sponsor*.

### Dual Medicare Eligibility

If you are eligible for Medicare because of ESRD and a disability or because of ESRD and you are age 65 or older, the coverage described in this Subscriber Certificate will be provided before Medicare benefits. This is the case during the first 30 months of your ESRD Medicare coverage only if the coverage described in this Subscriber Certificate was primary when you became eligible for ESRD Medicare benefits. Then, for as long as you maintain dual Medicare eligibility, the coverage under this *contract* will be reduced by the amount that Medicare allows for the same *covered services*.

**Note:** This provision may not apply to you. To find out if it does, contact your *plan sponsor*.

## Subrogation

If you are injured by any act or omission of another person, the coverage under this *contract* will be subrogated. This means that the *Plan* may use your right to recover money from the person(s) who caused the injury or from any insurance company or other party. If you recover money, you must reimburse the *Plan* up to the amount of the payments that it has made. This is true even if you do not recover the total amount of your claim against the other person(s). This is also true if the payment you receive is described as payment for other than health care expenses. The amount you must reimburse the *Plan* will not be reduced by any attorney's fees or expenses you incur.

You must give the *Plan* information and help. This means you must complete and sign all necessary documents to help the *Plan* get this money back. This also means that you must give the *Plan* notice before settling any claim arising out of injuries you sustained by an act or omission of another person(s) for which the *Plan* provided coverage. You must not do anything that might limit the *Plan's* right to full reimbursement.

# Part 7
# Other Party Liability

### Under Age 65 With Other Disability

If your *group* employs 100 or more employees and if you are under age 65 and eligible for Medicare only because of a disability other than ESRD, this health plan will provide the benefits described in this Benefit Description before Medicare benefits. This is the case only if you are the actively employed *subscriber* or the enrolled spouse or child of the actively employed *subscriber*. If you are an inactive employee or a retiree or the enrolled spouse or child of the inactive employee or retiree, the benefits described in this Benefit Description will be reduced by the amount that Medicare allows for the same *covered services*. (In some cases, this provision also applies to certain smaller groups. Your *plan sponsor* can tell you if it applies to your *group*.)

### Age 65 or Older

If you are age 65 or older and eligible for Medicare only because of age, this health plan will provide the benefits described in this Benefit Description before Medicare benefits as long as you have chosen this health plan as your primary payor. This can be the case only if you are an actively employed *subscriber* or the enrolled spouse of the actively employed *subscriber*.

**Note:** If you are actively employed at the time you reach age 65 and become eligible for Medicare, you must choose between Medicare and this health plan as the primary payor of your health care benefits. For more help, contact your *plan sponsor*.

### Dual Medicare Eligibility

If you are eligible for Medicare because of ESRD and a disability or because of ESRD and you are age 65 or older, this health plan will provide the benefits described in this Benefit Description before Medicare benefits. This is the case during the first 30 months of your ESRD Medicare coverage only if this health plan was the primary payor when you became eligible for ESRD Medicare benefits. Then, for as long as you maintain dual Medicare eligibility, the benefits described in this Benefit Description will be reduced by the amount that Medicare allows for the same *covered services*.

**Note:** This provision may not apply to you. To find out if it does, contact your *plan sponsor*.

## Subrogation

If you are injured by any act or omission of another person, the benefits under this health plan will be subrogated. This means that this health plan and *Blue Cross and Blue Shield*, as this health plan's representative, may use your right to recover money from the person(s) who caused the injury or from any insurance company or other party. If you recover money, this health plan is entitled to recover up to the amount of the benefit payments that it has made. This is true no matter who or where the recovered money is held or how it is designated and even if you do not recover the total amount of your claim against the other person(s). This is also true if the payment you receive is described as payment for other than health care expenses. The amount you must reimburse this health plan will not be reduced by any attorney's fees or expenses you incur.

Part 7

# Other Party Liability

You must give *Blue Cross and Blue Shield*, as this health plan's representative, information and help. This means you must complete and sign all necessary documents to help *Blue Cross and Blue Shield* get this money back on behalf of this health plan. This also means that you must give *Blue Cross and Blue Shield* notice at all significant steps during the settlement or litigation with any third party (such as settlement, initiation of settlement, judgment, payment of judgment) and before settling any claim arising out of injuries you sustained by an act or omission of another person(s) for which this health plan paid benefits. You must not do anything that might limit this health plan's right to full reimbursement.

## Workers' Compensation

No benefits are provided for health care services and supplies to treat an illness or injury for which you have the right to benefits under any workers' compensation act or equivalent employer liability or indemnification law.

All employers provide their employees with workers' compensation insurance. This is done to protect employees in case of work related illness or injury. All medical claims related to the illness or injury must be billed to the employer's workers' compensation carrier. It is up to you to use workers' compensation insurance. If this health plan provides or pays for *covered services* that are covered by workers' compensation, *Blue Cross and Blue Shield* on behalf of this health plan has the right to get paid back from the party that legally must pay for the health care services.

If you have recovered the value of services from workers' compensation or another employer liability program, you will have to pay the amount recovered for medical services that were paid by this health plan. If *Blue Cross and Blue Shield* is billed in error for these services, you must promptly call or write the *Blue Cross and Blue Shield* customer service office.