UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Shaw's Supermarkets, Inc.
Plaintiff(s)

v. Dkt. No. 07-443ML

Lynn Fontaine
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Shaw's Supermarkets, Inc. hereby moves that Patricia Stephens Johnson be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Shaw's Supermarkets, Inc.
(Plaintiff/~~Defendant~~)

By: Catherine A. Shaghalian, Esq.
Bar ID No. 6883
Address: Vetter & White, 20 Washington Place, Providence, RI 02903

DATED: December 6, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Michigan and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern and Western Districts of MI, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Patricia Stephens Johnson P34231

Print Name State Bar ID #

Gibson & Sharps, PSC

Firm Name

312 W. Main Street

Northville, MI 48167

Business Address

248-305-5362

Tel. #

248-305-5343

Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Catherine A. Shaghalian

Signature of Local Counsel

Catherine A. Shaghalian #6883

Print Name RI Bar ID #

Vetter & White

20 Washington Place

Providence, Rhode Island 02903

Firm and Business Address

Tel. # 421-3060 Fax # 272-6803

401-421-3060 401-272-6803

## ORDER

This is motion hereby________________________________________

______________________________

District Judge

Date:

CERTIFICATE OF SERVICE

To:

Ms. Lynn Fontaine
9 Hickory Road
Providence, RI 02904-3803

I hereby certify that I served on the above-named defendant a copy of the within Motion for Admission Pro Hac Vice by mailing first class mail, postage prepaid, on the 6th day of December, 2007.

Lisa A. Lariviere