UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

SHAW'S SUPERMARKETS, INC.

Plaintiff,

VS. Case No. 07-443ML

LYNN FONTAINE

Defendant.

**STIPULATION**

The parties in the above captioned matter hereby agree that the Defendant may have an extension of time, up to and including February 1, 2007 in which to answer or otherwise respond to the Plaintiff's Complaint.

SHAW'S SUPERMARKTS INC.

By and Through its Attorney

Vetter & White

/s/ Catherine A. Shaghalian

Catherine A. Shaghalian, Esq. (#6883)
20 Washington Place
Providence, RI 02903
(401) 421-3060

LYNN FONTAINE

By and Through her Attorney

Richard A. Pacia Law Associates, LLC

/s/ Richard A. Pacia

Richard A. Pacia, Esq. (#2348)
50 Power Road, Suite 200
Pawtucket, RI 02860
(401) 728-1600

Dated: December 21, 2007