UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Shaw's Supermarkets, Inc.
Plaintiff(s)

Dkt. No. 07-443ML

Lynn Fontaine
Defendant(s)

MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Lvnn Fontaine hereby moves that Michael A. Stratton be admitted ~~PRO HAC VICE~~ in the above case as counsel with local counsel identified below.

Lynn Fontaine
(Plaintiff/Defendant)

By: Richard A. Pacia
Bar ID No. 2348
Address:
50 Power Road, Pawtucket, RI 02860

DATED: December 10, 2007

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(I) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s) Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion oiother parties in the case.

Signature of *Pro Hac Vice* Applicant

Michael A. Stratton — 08166
Print Name — State Bar ID #

Stratton Faxon
Firm Name

59 Elm Street
Business Address

New Haven, CT 06510

203-624-9500
Tel. #

203-624-9100
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Richard A. Pacia — 2348
Print Name — RI Bar ID #
Richard A. Pacia Law Associates, LLC
Firm and Business Address
50 Power Road Suite 200
Pawtucket, RI 02860

Tel. # 401-728-1600 Fax # 401-722-8719

**ORDER**

This is motion hereby____________________________________

District Judge

Date: