**United States District Court**
**District of Rhode Island**

Shaw's Supermarkets, Inc.,
Plaintiff :

VS. : Case No. 07-443ML

Lynn Fontaine, :
Defendant

**ANSWER**

The defendant, Lynn Fontaine, answers the Complaint as follows:

**NATURE OF ACTION, PARTIES, JURISDICTION AND VENUE**

1. Paragraph 1 is Denied.
2. The Defendant can neither admit nor deny and leaves the Plaintiff to its proof.
3. Paragraph 3 is Denied.
4. Paragraph 4 is Admitted.
5. Paragraph 5 is Denied.
6. Paragraph 6 is Admitted only to the extent that the Defendant resides in this district, the remainder of Paragraph 6 is Denied.

**FACTUAL ALLEGATIONS**

7. See Paragraph 2.
8. Paragraph 8 is Admitted.
9. See Paragraph 2.
10. See Paragraph 2.
11. Paragraph 11 is Admitted.
12. Paragraph 12 is Admitted.
13. Paragraph 13 is Denied.
14. Paragraph 14 is Denied.

**COUNT 1: CONSTRUCTIVE TRUST**

15. Answers to Paragraphs 1-14 are hereby incorporated into this the First Count and remain unchanged.
16. Paragraph 16 is Denied.
17. Paragraph 17 is Denied.
18. See Paragraph 2.
19. Paragraph 19 is Denied.
20. Paragraph 20 is Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.
2. The Court lacks subject matter jurisdiction.
3. Laches.

DEFENDANT, LYNN FONTAINE
By and Through Her Attorney

/s/ Richard A. Pacia

By:_________________________________

Richard A. Pacia, Esq. (#2348)
Richard A. Pacia Law Associates, LLC
50 Power Road, Suite 200
Pawtucket, RI 02860
Tel: (401) 728-1600
Fax: (401) 722-8719
Email: richard@pacialawassociates.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid to the following on the 30th day of January, 2008.:

Catherine A. Shaghalian
Vetter & White
20 Washington Place
Providence, RI 02903

Patricia Stephens Johnson
Gibson & Sharps, PSC
312 W. Main Street
Northville, MI 48167

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

/s/ Richard A. Pacia

Richard A. Pacia