UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAW'S SUPERMARKETS, INC., Plaintiff | ) | C.A. No. 07-443ML |
| v. | ) | |
| LYNN FONTAINE, Defendant | ) | |

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

Pursuant to this Court's notices of April 25, 2008 and April 29, 2008, plaintiff submits the following pretrial conference statement:

**I. Facts**

The Plaintiff sponsors and maintains an employee benefit plan for its employees and eligible dependants (hereinafter "Shaw's Plan"). The Defendant, Lynn Fontaine, received medical benefits in the amount of $18,333.99 as a beneficiary of the Shaw's Plan for treatment of injuries she received in an automobile accident on June 18, 2001. The Shaw's Plan contains a provision that provides for the Plan's first priority right of reimbursement from any personal injury recovery received from a third party regardless of whether the covered person is made whole. The Defendant filed a claim against the party responsible for the automobile accident, and settled such claim for $55,000. The Defendant has failed to make reimbursement from the proceeds of her settlement. As such, the Plaintiff is entitled to the imposition of a constructive trust over any settlement proceeds in the actual or constructive possession of the Defendant. In addition, the Plaintiff is entitled to a constructive trust and/or equitable lien over any assets into which the settlement funds have been converted.

**II. Legal Issues**

1. Whether under the Employee Retirement Income Security Act of 1974, 29 USC §1001 et seq, Plaintiff is entitled to the imposition of a constructive trust over any

settlement proceeds in the actual or constructive possession of the Defendant and, in addition, if, under the act, the Plaintiff is entitled to a constructive trust and/or equitable lien over any assets into which the settlement funds have been converted.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff Shaw's Supermarkets, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: May 5, 2008

CERTIFICATE OF SERVICE

To:

Richard A. Pacia, Esq.
Richard A. Pacia Law Associates, LLC
50 Power Road – Suite 200
Pawtucket, RI 02860

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Patricia S. Johnson, Esq.
Gibson & Sharps, PSC
312 W. Main Street
Northville, MI 48167

I hereby certify that I electronically filed this Pretrial Conference Statement on May 5, 2008. The Pretrial Conference Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian