**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Shaw's Supermarkets, Inc., Plaintiff | : | CIVIL ACTION NO. 07-443ML |
| VS. | : | |
| Lynn Fontaine, Defendant | : | May 1, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant in the above matter, pursuant to Rule 7(b) of the Local Rules of Civil Procedure, requests a thirty (30) day extension of time to answer and/or object to the plaintiff's Initial Interrogatories dated April 15, 2008 propounded to the defendant. This is the first request for an extension of time regarding these discovery requests. Counsel for the plaintiff has no objection to this motion.

THE DEFENDANT

/s/ Richard A. Pacia

BY:__________________________

Richard A. Pacia, Esq. (#2348)
Richard A. Pacia Law Associates
50 Power Road, Suite 200
Pawtucket, RI 02860
(401) 728-1600

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid to all counsel and pro-se parties of record:

Catherine A. Shaghalian
Vetter & White
20 Washington Place
Providence, RI 02903

Patricia S. Johnson
Gibson & Sharps, PSC
312 W. Main Street
Northville, MI 48167

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

/s/ Richard A. Pacia

Richard A. Pacia