IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAW'S SUPERMARKETS, INC., | ) | |
| Plaintiff | ) | CIVIL ACTION |
| | ) | FILE NO. 1:07-cv-443 ML |
| v. | ) | |
| | ) | |
| LYNN FONTAINE, | ) | |
| Defendant | ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

The parties to the above action believe that they have settled the case.

The parties hereby agree to dismiss the case without costs and without prejudice. If the settlement is not consummated within sixty (60) days of the date of this stipulation, either party may within that sixty (60) days petition the court to reopen the action and restore it to the calendar.

The dismissal hereunder shall be ***with prejudice*** if no action is taken within sixty (60) days from the filing date of this Stipulation.

The parties to the case may enter a Stipulation to dismiss the case with prejudice before the sixty (60) period.

__/s/ Michael A. Stratton__________________
STRATTON FAXON
Attorney for Defendant
59 Elm Street
New Haven, CT 06510
(203) 642-9500
(203) 624-9100 FAX
Mstratton@strattonfaxon.com

__/s/ Patricia S. Johnson____________________
GIBSON & SHARPS, P.S.C.
Attorney for Plaintiff
By Patricia Stephens Johnson
312 W. Main Street
Northville, MI 48167
(248) 305-5362
(248) 305-5343 FAX
psj@gibson-sharpslaw.com

__/s/ Richard A. Picia____________________
Richard A. Picia Law Associates. LLC
50 Power Road, Ste 200
Pawtucket, RI 02860
(401) 728-1600
(401)722-8719 FAX
richard@pacialawassociates.com

___/s/Catherine A. Shaghalian_____________
VETTER & WHITE
Attorney for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
cshaghalian@vetterandwhite.com

**ORDER**

The court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If the settlement is not consummated within sixty (60) days of the date of this stipulation, either party may within that sixty (60) days petition the court to reopen the action and restore it to the calendar.

The dismissal hereunder shall be ***with prejudice*** if no action is taken within sixty (60) days from the filing date of this Stipulation.

The parties to the case may enter a Stipulation to dismiss the case with prejudice before the sixty (60) period.

IT IS SO ORDERED

____________________________________
HONORABLE Mary M. Lisi
United States District Court Judge